## STATE OF CONNECTICUT *v.* JOHN R. CARTWRIGHT
## (15704)

Foti, Schaller and Hennessy, Js.

Argued September 18—officially released October 7, 1997

Per Curiam. The judgment is affirmed.

## FRANCISCO MONTANEZ *v.* COMMISSIONER OF CORRECTION
## (AC 15860)

Foti, Lavery and Schaller, Js.

Argued September 23—officially released October 7, 1997

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* PAUL D. HILL
## (AC 15872)

O'Connell, C. J., and Hennessy and Shea, Js.

Argued September 24—officially released October 7, 1997

Per Curiam. This case is controlled by *State* v. *Andrews*, 33 Conn. App. 590, 637 A.2d 787, cert. denied, 229 Conn. 908, 640 A.2d 121 (1994).

The judgment is affirmed.